UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/10/2020
```

Study Edge, LLC,

                Plaintiff,

–v–

N.Y.C. Department of Education,

                Defendant.

20-cv-7122 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    As noted in Dkt. No. 18, the initial pretrial conference originally scheduled for December 18, 2020 is adjourned *sine die*.

    SO ORDERED.

Dated:  December 10, 2020
           New York, New York

                                        _____
                                        ALISON J. NATHAN
                                        United States District Judge