**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
Study Edge, LLC,

                    Plaintiff,

      -against-                                    20 **CIVIL** 7122 (AJN)

## JUDGMENT

N.Y.C. Department of Education,

                    Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion & Order dated September 14, 2021, Defendant's motion to dismiss the amended complaint is GRANTED. The Court does not reach and therefore administratively denies Plaintiff's cross-motion for relief pursuant to N.Y. Education Law § 3813(2-A). Defendant's motion to dismiss the original complaint is denied as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      September 14, 2021

                                                **RUBY J. KRAJICK**
                                                 **Clerk of Court**
                      **BY:**     *K. Mango*
                                                   **Deputy Clerk**